AO 243 (Rev. 01/15)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED by ___ D.C.
DEC 29 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. — MIAMI

| United States District Court | District | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|
| Name (under which you were convicted): Kisha Singletary | | Docket or Case No.: 14-20604-CR-LENARD(s) |
| Place of Confinement: FCI-ALICEVILLE | | Prisoner No.: 06635-104 |
| UNITED STATES OF AMERICA | V. | Movant (include name under which convicted) KISHA SINGLETARY |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
United States Courthouse
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128-7716

   (b) Criminal docket or case number (if you know): 14-20604-CR-LENARD(s)

2. (a) Date of the judgment of conviction (if you know): unknown

   (b) Date of sentencing: January 6, 2015

3. Length of sentence: 126 Months followed by 20 years supervised release

4. Nature of crime (all counts):
Count One - One Count indictment violation of 18 USC 1591 (a)(1)(b)(2) and 2 - sex trafficking of a minor - sex trafficking of children

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty [X]   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   N/A

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ☐  N/A  Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  N/A  No ☐

8. Did you appeal from the judgment of conviction?  Yes ☐  N/A

cat/dly 2255/510/Dade
Case # 14-CR-20604-JAL
Judge JAL  Mag PAW
Motn Ifp NO  Fee pd $ NO
Receipt # _____

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): ___
   (c) Result: ___
   (d) Date of result (if you know): ___
   (e) Citation to the case (if you know): ___
   (f) Grounds raised:

   N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☐  N/A
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ___
   (2) Result: ___
   N/A
   (3) Date of result (if you know): ___
   (4) Citation to the case (if you know): ___
   (5) Grounds raised:

   N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☐     N/A

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ___
        (2) Docket or case number (if you know): ___
        (3) Date of filing (if you know): N/A
        (4) Nature of the proceeding: ___
        (5) Grounds raised: ___

        N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐   N/A
    (7) Result: _____
    (8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: N/A
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

        N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐   N/A
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐   No ☐   N/A
    (2) Second petition:  Yes ☐   No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.
    N/A

GROUND ONE: The sentencing court erred when it sentenced the movant to a term of supervised release over the statute

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The sentencing court erred when it sentenced the movant to a term of 20 years supervised release when there was mitigating circumstances and according to statute the term of supervised release must be at least 2 years but not more than 5 years. This error is not harmless, it violates the movants's 5th and 14th Amendment right(s) to due process afforded to her via the Constitution of the United States.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
Movant did not file a direct appeal

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:
   _____ N/A _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐                         N/A
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐                         N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:** The sentencing court violated Movant's 5th amendment right when it sentenced her to erroneous information contained in

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the PSR. The probation office and the prosecution erroneously started the movant's base offense level with an inaccurate assessment in an effort to ensure that the movant received an extended sentence, despite evidence that completely contradicts the prosecutions' and the probation office's written report.

The 5th amendment protects the movant from such unconstitutional accusations without a jury and or evidence beyond a reasonable doubt.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

did not direct appeal sentence

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐      N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

GROUND THREE: Ineffective assistance of Counsel- 6th Amendment right violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective when he negotiated a plea agreement that would subject the movant to a mandatory minimum sentencing range when the evidence against the movant clearly showed that she should not be subject to mandatory minimum sentencing based on the circumstances surrounding the indictment and the victim untruthfulness.

this is a violation of the movant's 6th amendment right. A petitioner must demonstrate (1) that the defense attorney's representation "fell below an objective standard of rasonableness, and (2) that the attorney's deficient performance prejudiced the defendant such that "there reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different. this is the instance in the case at bar.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐   N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:** Violation of the movant's 8th Amendment Right. The current sentence that the movant is serving is cruel and unusual

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Pursuant to the eight amendment of the Constitution, the Movant has a right according to the Constitution to not be subject to such cruel and unusual punishment. The sentencing court sentenced the movant harshly despite evidence that the sentencing would be considered cruel and unusual. The movant herself is barely legal and statistically does not have the capacity to discern whether another is being truthful regarding their age. The sentencing court also had privy to the harsh life that had been afflicted on movant prior to sentencing. The guidelines strictly prohibits imposing a sentence that is greater than necessary to deter further criminal activity. The sentence that has been imposed on the movant is greater than necessary even after considering the seriousness of the crime.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐   N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

AO 243 (Rev. 01/15)                                                                                          Page 10

   (3)  Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐       N/A

   (4)  Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐       N/A

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐       N/A

   (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

                          N/A

   (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

                          N/A

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

                          N/A

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

                          N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    Todd Omar Malone

    (b) At the arraignment and plea:
    Todd Omar Malone

    (c) At the trial:
    N/A

    (d) At sentencing:
    Todd Omar Malone

    (e) On appeal:
    N/A

    (f) In any post-conviction proceeding:
    Pro se

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No [X]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No [X]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    N/A

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:   N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐
    N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    N/A

N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)    Page 13

Therefore, movant asks that the Court grant the following relief: To correct movant's supervised release to reflect a maximum of 5 years and to correct movant's current sentence to reflect a maximum base starting offense level of 30 minus 3 pts. for acceptance of responsibility for a sentencing advisory range of 27

or any other relief to which movant may be entitled. 70 to 87 months of incarceration, not subjected to courts erroneous mandatory minimum based on the probation office and the prosecutions' inaccurate assessment.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __12-18-15__.
(month, date, year)

Executed (signed) on __12-18-15__ (date)

_[signature]_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Case 1:15-cv-24745-JAL Document 1 Entered on FLSD Docket 12/29/2015 Page 12 of 14



USMS INSPECTED
By _____

70265635-04 =
Kisha Singletary
Federal Institution Aliceville
P.O. Box 4000
Aliceville, AL 35442
United States

70265635-04 =
Courthouse Wilkie D Ferguson Jr.
Honorable Judge Lenord
400 N Miami AVE
Miami, FL 33129
United States

RECEIVED
2015 DEC 02 AM 10 57
FTL ALDIGER

00658 Nature Saver


FEDERAL CORRECTIONAL INSTITUTION
PO BOX 699
12/22/15